**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  Plaintiff, | ) | Criminal No. 21 CR 10098-PBS |
| | ) | |
|       v. | ) | |
| | ) | |
| JUNIOR BAEZ SANCHEZ | ) | |
| Defendant | ) | |

**MEMORANDUM IN AID OF SENTENCING**

Now comes the Defendant in the above-entitled matter and requests that this Honorable Court sentence the Defendant to a period of incarceration of 36 months and a period of supervised release of three years. An incarcerated sentence of 36 months, under 18 U.S.C § 3553(a), is sufficient but not greater than necessary sufficient to comply with the purposes of sentencing to comply with the purposes of sentencing.

### Early Life

Junior who is 32, was born in Venezuela, but raised in the Dominican Republic, has lived a challenging life. When his mother, Iris Yolanda Sanchez, was sixteen (16) years old when she gave birth to her son, Junior Baez Sanchez, in Caracas, Venezuela. Iris and Junior's father are both Dominican. Junior's father planned to immigrate to the United States (US) from Venezuela, which was the reason Iris was there. While Iris' pregnancy was healthy, when her son was born, he had issues with his legs. A young Iris was told that Junior was in a breech position while in the womb. His legs had been straight up in front of his body, which resulted in him having issues with his legs when he was born. The first ten (10) days of his life he spent in the hospital to get physical therapy.

Junior's father left Iris and Junior to immigrate to the US, leaving Iris alone with the baby in Venezuela. Iris was left with no social supports in Venezuela. Two (2) months later, Iris returned home to the Dominican Republic (DR) with baby Junior. While Iris and her baby were now closer to family, she had limited financial resources. She experienced extreme poverty during this time. It took Iris some time to find a job. Iris' mother would help her out by taking care of Junior. Still her job provided only enough to help her survive and take care of baby Junior.

Iris moved on and found a new partner in DR. Junior was joined two (2) years later by his brother, Michael Romero, and six (6) years later by his sister, Simone Romero. Junior was a tranquil kid. His brother Michael would often get into trouble while Junior would remain away from trouble. Michael and Simone's dad was present in the lives of all three (3) kids and provided for them, but he was not a father figure for Junior. Junior would meet his biological father for the first time at the age of thirteen (13), his biological father didn't start a relationship with his son.

Junior continued to grow up in DR. He went to school and played baseball. While Michael enjoyed going out of the house to spend time socializing, Junior enjoyed spending time at home. When he was an adolescent, Junior began a romantic relationship with a childhood friend, Luz Mariel Tejeda. Junior and Luz eventually got married and share three (3) children, Julinny Mariel Baez Tejeda (DOB: 02/02/2022), Keiler Baez Tejeda (DOB: 09/14/2016), and Junior Baez Tejeda (DOB:06/19/2012). Life in DR was not always easy for Junior and his family. Around the age of twenty-two (22), Junior was assaulted by people trying to steal his motorcycle. The assailants shot Junior in the hand. To this day, Junior experiences issues with his hand and cannot fully close two fingers.

**Immigration to the United States**

Junior was able to immigrate to the US around 2018 with the help of Luz. Luz's stepfather had petitioned to give Luz legal status. After getting legal permanent residency, Luz was able to petition for Junior and their kids. Once in the US, Junior and Luz were taking care of two young children and were financially responsible for their bills. Junior didn't speak English. As such, he is part of the US population considered to have Limited English Proficiency (LEP). LEP is a researched condition that demonstrates the discrimination people with LEP face. LEP can restrict the access of Latinx immigrants to medical, psychological, and socioeconomic resources that can determine their level of success and quality of life in their new host country. In terms of job opportunities, LEP can restrict a person's upward mobility in the job market. According to an article from 2024 by KFF, LEP immigrants are more likely to have lower incomes and estimate that about 55% have household incomes of less than a $40,000 yearly income, in comparison to immigrants with English proficiency. About 55% of LEP immigrants who hold jobs experience discrimination that results in less opportunities for professional advancement as well as being assigned undesirable shifts to work.

Junior struggled to find work right after immigrating. He eventually was able to get a job as a barber and would do deliveries on UberEATS to supplement his barber income. Still, the money him and Luz made wasn't enough. They made enough money to get by. Luz's family members had begun to sell drugs. Since Junior was around Luz's family members as well, he was influenced by their activities. He felt selling drugs was a way for him to earn extra money to take care of his kids. For Junior, being a father is the most important part of his life. He likes to walk his kids to and from school, and he helps them complete their homework.

**Impact of Legal Case**

Junior has been a present and active father in the lives of his kids. Luz and Junior's marriage came to an end in 2021, right before the birth of their youngest child. The reason for their split was simply because they both felt their relationship had naturally come to an end. After their divorce, they have remained committed co-parents. Junior moved on and is currently in a romantic relationship with Nancy Baez. Nancy has a young daughter whose biological father died. Junior has been present in Nancy's daughter's life and sees Junior as a father figure. Nancy also has a teenage son who gets along well with Junior.

Junior has also continued to be an active presence in the life of his two siblings. He enjoys hanging out with his siblings. When they need him, Junior does what he can to help them out. Simone recently had a baby. During her pregnancy, Simone's health was very delicate. She ended up having seizures and needed to be hospitalized. Junior showed up to the hospital and supported Simone so she wouldn't face her health issues on her own. Simone was able to carry her baby to term and delivered a healthy baby. Junior was there each step of the way and supported Simone after the delivery as well.

Since the start of the current legal case, Junior has spent time away from his kids and family. His eldest son is demonstrating behavioral challenges due to Junior being incarcerated. Junior realizes the impact of his legal case has led to the loss of time away from his kids. Junior's partner, siblings, and mom cope with the ambiguous grief that can result from having an important family member be incarcerated. Junior's step-kids also miss him and also deal with ambiguous grief. Junior grew up without his biological father being a part of his life and without a father figure in his life, still all his decisions have been motivated by wanting to provide economic resources for his kids. Not only did Junior focus on providing for his kids, but he also

focused on demonstrating to his kid all the love he never got from his own dad. He continues to hope for a better future where he can be the father his children deserve; one free of illegal conduct and where he can be a better role model for his children.

### *Sentencing Recommendation*

18 U.S.C. § 3553(a) directs this Court to impose a sentence that is sufficient but not greater than necessary to comply with the purposes of sentencing which include:

1. the nature and circumstances of the offense and the history and characteristics of the defendant.
2. the need for the sentence imposed--
   **(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense.
   **(B)** to afford adequate deterrence to criminal conduct.
   **(C)** to protect the public from further crimes of the defendant; and
   **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

Junior is a young man, who has spent his life working hard and trying to succeed.  Junior's error in engaging in selling narcotics will result in the loss of his liberty, missing crucial time with his family, the loneliness of being incarcerated outside of Massachusetts. As he is not a citizen of the United States, his conviction in this case, will result in his removal from the United States as an aggravated felon immediately upon completion of his federal sentence.  Beyond the punishment of incarceration, his eventual banishment from the Unites States weighs heavily on him.

### **CONCLUSION**

The goal of sentencing is to determine a sentence that is sufficient, but not greater than necessary, to achieve the goals of sentencing set forth in 12 U.S.C. Sec. 3553 (2). In making a sentencing determination, the Court should analyze the totality of the circumstances, considering the specific circumstance of Junior's case considering the sentence factors of Sec. 3553. The

nature of the offenses, in this case, includes non-violent actions. The history and characteristics of the defendant are that of someone who has experienced financial instability, struggling to support himself, and has regretfully become involved with drug distribution to ameliorate his hardships.

Accordingly, we join in the Government's request for a sentence of thirty-six months and a period of three years of supervised release.

> Respectfully Submitted,
> JUNIOR BAEZ SANCHEZ
> By His Attorney,
>
> /s/Eduardo Masferrer
> Eduardo Masferrer, Esq.
> B.B.O. # 644623
> Masferrer & Associates, P.C.
> 45 Bromfield Street, Suite 500
> Boston, MA 02108